UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 23-5161-MWF(MAAx)**                                 Date: October 10, 2023

Title   **David Plastik v. All Things Comedy, LLC**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 29, 2023. (Docket No. 1). Plaintiff filed a Proof of Service (the "POS") of the Summons and Complaint on August 3, 2023. (Docket No. 10). On August 16, 2023, pursuant to the parties' Stipulation, the Court filed an Amended Oder granting Defendant an extension of time to respond to Plaintiff's Complaint to September 25, 2023. (Docket No. 13).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 24, 2023**.

- By Defendant: Response to the Complaint. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

  OR

- By Plaintiff: An Application to Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-5161-MWF(MAAx)**                                          Date:  October 10, 2023

Title         **David Plastik v. All Things Comedy, LLC**

respond to the Order to Show Cause by **October 24, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.